# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA RAE HAYMAN,<br><br>                    Plaintiff,<br>  vs.<br>ATTORNEY COLLECTION SERVICES, INC.,<br><br>                   Defendant. | CASE NO. 06cv2054-LAB (WMc)<br><br>ORDER |

On September 4, 2007, the Court held a telephonic Early Neutral Evaluation Conference in the above captioned case. Participating were Robert Hyde, Esq.(counsel for plaintiff), Joshua Swigart, Esq.(counsel for plaintiff), Doug Campion, Esq.(counsel fo plaintiff), and Stephen Arnold, Esq.(counsel for defendant). After being advised by counsel of the status of the case, the Court issues the following Order:

    1. On or before September 27, 2007, counsel for plaintiff shall submit a stipulation by the parties that cases 06cv2054-LAB, 06cv2441-LAB and 06cv2689-LAB will be consolidated for purposes of discovery and discover purposes.

    2. On or before September 25, 2007, defendant shall file an answer in 06cv2441-LAB.

    3. On or before September 30, 2007, the parties shall submit a joint discovery plan in 06cv2054-LAB.

    4. The Rule 26(f) conference shall be completed before *October 18, 2007*;

    5. A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before *October 29, 2007.* Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The

discovery plan will also include the anticipated dates for the completion of both non-expert discovery and expert discovery;  and,

  6. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *November 9, 2007*;

  7. A telephonic status conference will be scheduled for **October 18, 2007, at 9:00 a.m.  COUNSEL FOR PLAINTIFF IS ORDERED TO INITIATE THE CALL**.

  IT IS SO ORDERED.

DATED:  September 20, 2007

                _____
                Hon. William McCurine, Jr.
                U.S. Magistrate Judge
                United States District Court

cc: Honorable Larry Burns
  U.S. District Judge

All Counsel and Parties of Record